1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  CHRISTINE VAN AKEN, State Bar #241755
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-3875
6  Facsimile:     (415) 554-3837
   christine.van.aken@sfgov.org

   Attorneys for Defendant
8  CITY AND COUNTY OF SAN FRANCISCO
   [Erroneously sued as San Francisco Police Department]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ENTERPRISE RENT-A-CAR COMPANY OF SAN FRANCISCO, a Nevada Corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>SAN FRANCISCO POLICE DEPARTMENT, and Does 1 through 10, inclusive,<br><br>    Defendants. | Case No. 3:06-cv-04638-MMC<br><br>**STIPULATION TO DISMISSAL OF FEDERAL CLAIMS AND REMAND TO STATE COURT OF REMAINING CLAIMS; ORDER** |
|---|---|

**RECITAL**

Plaintiff Enterprise Rent-A-Car Company of San Francisco filed an action in the Superior Court of the State of California for the County of San Francisco on or about March 13, 2006, alleging four claims against defendant City and County of San Francisco, sued as the San Francisco Police Department. Of these claims, the Fourth Cause of Action alleged a civil rights violation arising under 42 U.S.C. § 1983 against defendant. Defendant was served on June 28, 2006. On July 28, 2006, defendant removed the action to this Court pursuant to 28 U.S.C. §§ 1441(b) and 1443 because of the federal cause of action alleged by plaintiff.

The parties have now agreed that plaintiff will dismiss its fourth cause of action arising under 42 U.S.C. § 1983 with prejudice, and that this matter should be remanded to state court for adjudication of plaintiff's remaining causes of action.  The parties therefore request that this Court enter an Order dismissing plaintiff's fourth cause of action with prejudice, and remanding the matter to state court pursuant to 28 U.S.C. § 1447(c).

## STIPULATION

For the foregoing reasons, the parties, through their undersigned counsel, stipulate and agree to entry of an order (1) dismissing plaintiff's fourth cause of action with prejudice; and (2) remanding this matter to the Superior Court of the State of California for the County of San Francisco.

Dated:  October 17, 2006

        DENNIS J. HERRERA
        City Attorney
        JOANNE HOEPER
        Chief Trial Deputy
        CHRISTINE VAN AKEN
        Deputy City Attorney

By:_____/s/_____
        CHRISTINE VAN AKEN
        Attorneys for Defendant
        CITY AND COUNTY OF SAN FRANCISCO

Dated:  October 22, 2006

        CHRISTOPHER R. MILTON, ESQ.
        LAW OFFICES OF CHRISTOPHER R. MILTON

By:_____/s/_____
        CHRISTOPHER R. MILTON*
        Attorney for Plaintiff ENTERPRISE RENT-A-CAR
        COMPANY OF SAN FRANCISCO

*The filer of this document attests that concurrence in the filing of this document has been obtained.

## **ORDER**

GOOD CAUSE appearing, it is HEREBY ORDERED that plaintiff's fourth cause of action is dismissed with prejudice, and that this matter is remanded to the Superior Court of the State of California for the County of San Francisco.

IT IS SO ORDERED.

Dated: October 24, 2006

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE