CHRISTOPHER R. MILTON, State Bar No. 220361
THE LAW OFFICE OF CHRISTOPHER R. MILTON
1125 E. Broadway, Ste. 287
Glendale, CA 91205
Telephone: (818) 547-9738
Facsimile: (818) 547-9744

Attorney for Petitioner,
Enterprise Rent-A-Car Company of San Francisco

RECEIVED
06 OCT 26 PM 3:06
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENTERPRISE RENT-A-CAR COMPANY OF SAN FRANCISCO, a Nevada corporation,<br><br>Petitioner,<br><br>v.<br><br>SAN FRANCISCO POLICE DEPARTMENT, and DOES 1 through 10, inclusive,<br><br>Respondents. | Case No.: 3:06-cv-04638-MMC<br><br>**STIPULATION TO WITHDRAW DISMISSAL OF OCTOBER 23, 2006, AND TO ENTER AN AMENDED DISMISSAL OF FEDERAL CLAIMS AND TO REMAND TO STATE COURT OF REMAINING CLAIMS; [PROPOSED] ORDER** |

## RECITALS

On October 23, 2006, counsel for San Francisco Police Department caused to be filed in the above captioned court a dismissal of Federal Claims and Remand to State Court of Remaining Claims.

Upon further review by counsel, it was discovered that the Stipulation for Dismissal was described as "with prejudice." It is the intent of the parties that the Federal Causes of Action be dismissed **without** prejudice. Wherefore, the prior stipulation entered into by the parties is hereby amended to states as follows:

Plaintiff Enterprise Rent-A-Car Company of San Francisco filed an action in the Superior Court of the State of California for the County of San Francisco on or about March 13, 2006,

STIPULATION TO WITHDRAW DISMISSAL OF OCTOBER 23, 2006, AND TO ENTER AN AMENDED DISMISSAL OF FEDERAL CLAIMS AND TO REMAND TO STATE COURT OF REMAINING CLAIMS; [PROPOSED] ORDER

1

alleging claims against defendant City and County of San Francisco, sued as San Francisco Police Department. Of these claims, the Fourth Cause of Action alleged a civil rights violation arising under 42 U.S.C. § 1983 against defendant. Defendant was served on June 28, 2006. On July 28, 2006, defendant removed this action to this Court pursuant to 28 U.S.C. § 1441(b) and 1443 because of the federal cause of action alleged by plaintiff.

The parties have now agreed that plaintiff will dismiss its fourth cause of action arising under 42 U.S.C. § 1983 without prejudice, and that this matter should be remande3d to state court for adjudication of plaintiff's remaining causes of action. The parties therefore request that this Court enter an Order dismissing plaintiff's fourth cause of action without prejudice, and remanding the matter to state court pursuant to 28 U.S.C. § 1447(c).

## STIPULATION

For the foregoing reasons, the parties through their undersigned counsel, stipulate and agree to entry of an order (1) dismissing plaintiff's fourth cause of action without prejudice; and (2) remanding the matter to the Superior Court of the State of California for the County of San Francisco.

Dated: October 24 2006

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Deputy
CHRISTINE VAN AKEN
Deputy City Attorney

By _____
CHRISTINE VAN AKEN
Attorneys for Defendant,
CITY AND COUNTY OF SAN FRANCISCO

*Signatures Continued on Following Page*

STIPULATION TO WITHDRAW DISMISSAL OF OCTOBER 23, 2006, AND TO ENTER AN AMENDED DISMISSAL OF FEDERAL CLAIMS AND TO REMAND TO STATE COURT OF REMAINING CLAIMS; [PROPOSED] ORDER

2

1  Dated: October 24, 2006

CHRISTOPHER R. MILTON, ESQ.
THE LAW OFFICES OF CHRISTOPHER R. MILTON

By: _____
CHRISTOPHER R. MILTON
Attorney for Plaintiff, ENTERPRISE RENT-A-CAR COMPANY OF SAN FRANCISCO

## ORDER

GOOD CAUSE appearing, it is HEREBY ORDERED that the Stipulation for Dismissal and Remand, executed by the defendant on October 17, 2006 and by the plaintiff on October 22, 2006 is hereby vacated. It is further ordered that plaintiff's fourth cause of action is dismissed without prejudice, and that this matter is remanded to the Superior Court of the State of California for the County of San Francisco.

IT IS SO ORDERED.

Dated: OCT 3 0 2006

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT

---

**STIPULATION TO WITHDRAW DISMISSAL OF OCTOBER 23, 2006, AND TO ENTER AN AMENDED DISMISSAL OF FEDERAL CLAIMS AND TO REMAND TO STATE COURT OF REMAINING CLAIMS; [PROPOSED] ORDER**

3